# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN **MH**
(INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Carldrick Cornelius Tennie   SS# xxx-xx-6088

SS#

ADDRESS: 6799 Amersham Dr., Memphis, TN 38119

PLAN PAYMENT: Debtor to pay $ 760.00 EVERY TWO WEEKS

PAYROLL DEDUCTION: JTEKT Corporation   OR ( ) DIRECT PAY

4895 Dressler Road NW   BECAUSE:

Canton, OH 44718   FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan ( ) Included in Plan

|  |  | PAYMENT |
|---|---|---|
| CHILD SUPPORT: Future Support through Plan to |  |  |
| Child Support Arrearage to |  |  |
| PRIORITY CREDITORS: |  |  |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| Selene Finance Mortgage | ongoing payment begins | November 2015 |  |  | $ 1,079.00 |
|---|---|---|---|---|---|
|  | Approximate arrearage | $10,790.00 | Interest | 0.00% | $ 180.00 |
|  | ongoing payment begins |  |  |  |  |
|  | Approximate arrearage |  | Interest |  |  |

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS:<br>(retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| United Auto Credit (2007 Chevy Tahoe) | $ 13,500.00 | 5.25% | $ 270.00 |
| Credit Acceptance (2009 Nissan Maxima)<br>(surrender interest/cosigner pays) | $ 0.00 | 0.00% | $ 0.00 |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS: Pay to be determined % of these claims after above claims are paid; ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: ;
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.